Argued and submitted August 28, remanded for resentencing October 2, 1996

## STATE OF OREGON,
*Respondent,*

*v.*

## DONALD ERNEST ALLEE,
*Appellant.*

(10-93-03779; CA A90426)

924 P2d 874

Peter Gartlan, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Remanded for resentencing. *State v. Allison*, 143 Or App 241, 923 P2d 1224 (1996).